UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OCEANWIDE REPAIR, LLC,

Plaintiff,

v.

MARE ISLAND DRY DOCK, LLC,

Defendants.

Case No.  2:26-cv-0074-JDP

ORDER

On February 18, 2026, defendant Mare Island Dry Dock, LLC filed a notice indicating that it filed a voluntary Chapter 11 bankruptcy petition on February 14, 2026.  ECF No. 9. Pursuant to 11 U.S.C. § 362, the filing of the bankruptcy petition operates as an automatic stay of this action against defendant.

1

Accordingly, it is hereby ORDERED that:

1. This action is stayed pending resolution of defendant's bankruptcy petition, case number 26-20777, filed February 14, 2026, in the United States Bankruptcy Court for the Eastern District of California.

2. The parties shall notify the court within fourteen days of the resolution of the bankruptcy proceedings.

IT IS SO ORDERED.

Dated:     March 13, 2026     _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE